THE COUNTY OF RENSSELAER, Respondent, *v.* THE NATIONAL BANK OF TROY, Appellant.

*County of Rensselaer* v. *Nat. Bank of Troy,* 27 App. Div. 631, appeal dismissed.

(Argued June 7, 1898; decided June 7, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1898, affirming an order of a Trial Term requiring the defendant to make discovery and produce for inspection at Clinton Prison at Dannemora, N. Y., before a referee appointed to take the deposition of an alleged material witness for the plaintiff in the action before trial, in order to refresh the memory of the witness, certain books and papers specified in the order of the trial term.

*Thomas S. Fagan* for appellant.

*L. E. Griffith* and *H. O. Ingalls* for respondent.

Appeal dismissed on argument, with costs.

---

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to East One Hundred and Sixty-eighth Street; JAMES A. DEERING et al., Respondents.

*Matter of the Mayor,* 28 App. Div. 143, appeal dismissed.

(Argued June 7, 1898; decided June 7, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1898, affirming an order of Special Term directing commissioners of estimate and assessment, appointed in the above-entitled proceeding, to determine the compensation which should be made to the respondents for the damage caused them by the closing of a part of Gerard avenue.

*Theodore Connoly* and *John P. Dunn* for appellant.

*James A. Deering,* respondent, in person.

Appeal dismissed on argument, with costs.